UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS   CASE NO.  5:94cr5004/LAC

ALPHONSE GAINER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   December 9, 2005
Motion/Pleadings: MOTION TO VACATE JUDGMENT DENYING HABEAS RELIEF PURSUANT TO FRCvP 60(B)(6) BASED ON EXTRAORDINARY CIRCUMSTANCE
Filed by DEFENDANT PRO SE   on 11/21/05   Doc.# 113
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*
*(a) The relief requested is **DENIED**.*
*(b)* _____

s/*L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.