**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.   Case No: 5:94CR5004/LAC

ALPHONSE GAINER

---

### ORDER

The defendant has filed a notice of appeal (doc. 118) which this court construes as a request for a certificate of appealability.[1] Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Rule 60(b) relief. *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003). A COA should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion. *Gonzalez, supra*, citing *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."). Defendant has not made such a showing, and therefore, his request for a certificate of appealability is denied.

DONE AND ORDERED this 5th day of April, 2006.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] *Cf. Edwards v. United States*, 114 F.3d 1083 (11TH Cir. 1997) (district courts must treat notices of appeal in Section 2255 actions as applications for certificates of appealability).