✎AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Alphonse Gainer ) | Case No: 5:94cr5004/LAC |
| ) | USM No: 03352-017 |
| Date of Previous Judgment:   17 May 1994 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __540__ months **is reduced to** __405__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:    __38__          Amended Offense Level:    __36__
Criminal History Category: __VI__          Criminal History Category: __VI__
Previous Guideline Range:  __360__ to __Life__ months    Amended Guideline Range: __324__ to __405__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
   The defendant has 26 criminal history points—twice that necessary to be in the criminal history category VI, the highest category.  This justifies the sentence at the high end of the guideline range.

Except as provided above, all provisions of the judgment dated __17 May 1994__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   __30 April 2008__                                        s/ *L.A. Collier*
                                                                                        Judge's signature

Effective Date:  _____                                   Lacey A. Collier, Senior U.S. District Judge
          (if different from order date)                                    Printed name and title