UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                         CASE NO.  5:94cr5004 LAC

ALPHONSE GAINER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   MAY 16, 2008
Motion/Pleadings: MOTION FOR RECONSIDERATION OF COURT'S MOTION (Doc #146 & Order #147) TO REDUCE SENTENCE PURSUANT TO 18 USC § 3582(c)(2)
Filed by  DEFENDANT ATTORNEY   on  5/9/08   Doc.#  148

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of May, 2008, that:*
*(a) The relief requested is **DENIED**.*
*(b) _____*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.